

KARLINSKY LLC
570 LEXINGTON AVENUE, SUITE 1600
NEW YORK, NY 10022
646.380.0038 PHONE
646.380.0039 FAX
WWW.KARLINSKYLLC.COM

January 21, 2014

<u>VIA ECF AND FEDERAL EXPRESS</u>

Hon. Shira A. Scheindlin
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   Lutin Investments, Ltd. v. Nigerian National Petroleum Corporation,
      Case No. 12-cv-5191 (SAS)

Dear Judge Scheindlin:

We represent plaintiff Lutin Investments, Ltd. ("Lutin") in the above referenced proceeding. We write with the consent of counsel for defendant Nigerian National Petroleum Corporation ("NNPC") to request an adjournment of the status conference in the above-referenced matter currently scheduled for 4:30 P.M. on January 24, 2014 because I will be out of town at that time.

We believe the parties are generally available on most other dates that work for the Court, in the following two weeks, with minor exceptions.

Thank you for your consideration of this request.

Respectfully,

George F. Hritz

cc:   Charles D. Schmerler, Esq. - (by e-mail and facsimile)
      Sarah E. O'Connell, Esq. - (by e-mail and facsimile)

KARLINSKY LLC